STATE of Missouri, Respondent,

v.

**Brian F. MUELLER, Appellant.**

**No. WD 66623.**

Missouri Court of Appeals,
Western District.

June 19, 2007.

Rosalynn Koch, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Shaun Mackelprang, Office of Attorney General, Jefferson City, for respondent.

Before VICTOR C. HOWARD, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Brian F. Mueller appeals the circuit court's judgment convicting him of driving while intoxicated. We affirm. Rule 30.25(b).